IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH WAYNE WALLER                                                                                     PLAINTIFF

v.                                           Case No. 1:15-cv-01010

NURSE SHERI RICE; CAPTAIN
MITCHELL; DETECTIVE ANGELA
MEANS; DETECTIVE CATHY PHILLIPS;
and SHERIFF MIKE MCGOUGH                                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 23, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that Plaintiff's claims of slander, false charges, violations of the Freedom of Information Act, and harassment all be dismissed. He recommends that Defendants Angela Means and Cathy Phillips be dismissed.

The parties have not objected to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims of slander, claims of false charges, claims regarding the Freedom of Information Act, and claims of harassment are hereby **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). As no claims remain against Defendants Angela Means and Cathy Phillips, these defendants are hereby dismissed from this action. Plaintiff's individual capacity claims against Defendants Rice, Mitchell, and McGough regarding denial of medical care, and conditions of confinement remain for further consideration.

**IT IS SO ORDERED**, this 12th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey

                                          United States District Judge