IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH WAYNE WALLER             PLAINTIFF

v.          Civil No. 1:15-CV-01010

NURSE SHERI RICE; CAPTAIN MITCHAM; and SHERIFF MIKE MCGOUGH            DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of February 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge